UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, et al.,<br><br>　　　　Defendants. | No.  2: 19-cv-2075 TLN KJN P<br><br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' August 14, 2020 motion to modify the scheduling order.  For the reasons stated herein, defendants' motion is granted in part and denied in part.

　　　Pursuant to the April 16, 2020 discovery and scheduling order, the discovery deadline was August 14, 2020, and the dispositive deadline is November 6, 2020.  (ECF No. 25.)

　　　In the pending motion, defendants request an extension of time to receive discovery requests from plaintiff.  Defendants allege that they filed a motion to compel after plaintiff failed to respond to their discovery requests.  Defendants request that the scheduling order be modified so that they may obtain plaintiff's responses to their discovery requests addressed in the motion to compel.

////

1

On August 14, 2020, defendants filed a timely motion to compel based on plaintiff's alleged failure to respond to their discovery requests. (ECF No. 26.) Because defendants filed a timely motion to compel, defendants do not require an extension of time to obtain the documents sought in the motion to compel.

In the pending motion, defendants also request an extension of time to take plaintiff's deposition and for an extension of the dispositive motion deadline. Defendants state that they were unable to conduct plaintiff's deposition before the discovery deadline because the California Department of Corrections and Rehabilitation ("CDCR") requested that the Office of the Attorney General continue all depositions through the end of August 2020 due to the COVID-19 pandemic. Defendants request an extension to December 18, 2020 to serve plaintiff with the notice required by Federal Rule of Civil Procedure 30(b)(1) for taking his deposition. Defendants request that the dispositive motion deadline be extended to March 8, 2021.

Defendants' requested time period is too long. Good cause appearing, defendants' requests for an extension of time to take plaintiff's deposition and to extend the dispositive motion deadline are partially granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 27) is granted as to defendants' request for an extension of time to conduct plaintiff's deposition and to extend the dispositive motion deadline; defendants' motion to modify the scheduling order is denied in all other respects;

2. If defendants intend to depose plaintiff, they shall do so by no later than October 30, 2020, with appropriate notice required by Federal Rule of Civil Procedure 30(b)(1) for taking his deposition;

3. The dispositive motion deadline is extended to January 8, 2021.

Dated: August 24, 2020

Mart2075.mod

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE