UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN, et al., | No. 2: 19-cv-2075 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for contempt of court and sanctions.  (ECF No. 36.)  For the reasons stated herein, plaintiff's motion is denied.

On October 14, 2020, the undersigned granted plaintiff's motion to compel with respect to request for production no. 1, third set.  (ECF No. 35.)  The undersigned ordered defendants to provide plaintiff with a supplemental response to this request within thirty days.  (Id.)

In the pending motion, plaintiff alleges that defendants provided him with a supplemental response to request for production no. 1, third set, that does not respond to the request.

In their opposition to the pending motion, defendants states that after receiving plaintiff's motion for sanctions, defense counsel investigated the issue and learned that office staff mistakenly served a draft of defendants' initial responses to plaintiff's third request for production of documents instead of defendants' supplemental response to request for production no. 1, third

1

1  set. (ECF No. 39-1 at 2.) On December 10, 2020, defendants served the corrected version of the
2  supplemental response to request for production no. 1, third set, on plaintiff. (Id.)
3        Because defendants have served plaintiff with a corrected version of the supplemental
4  response, plaintiff's motion for contempt is denied. The undersigned also finds that sanctions are
5  not warranted.
6        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for contempt and
7  sanctions (ECF No. 36) is denied.
8  Dated: January 13, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart2075.ord

2