UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT FOX, et al.,<br><br>            Defendants. | No.  2:19-cv-2075 TLN KJN P<br><br><br>ORDER |

       Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for appointment of counsel.  (ECF No. 59.)

       This action is set for jury trial before the Honorable Troy L. Nunley on February 6, 2023. The court finds the appointment of counsel for plaintiff warranted for the limited purpose of preparing for and representing plaintiff at trial.

       Accordingly, IT IS HEREBY ORDERED that:

       1.   Plaintiff's motion for appointment of counsel (ECF No. 59) is granted;

       2.   This action is referred to the supervisor of the court's pro bono panel, Sujean Park Castelhano, to find an attorney to prepare for and represent plaintiff at trial; and

////

////

////

1

3. The pretrial conference set for March 18, 2022, is vacated; the pretrial conference will be reset following appointment of counsel.

Dated: January 3, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mart2075.31