UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, et al.,<br><br>　　　　　Defendants. | No.  2: 19-cv-2075 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 10, 2022, the court appointed counsel to represent plaintiff at trial.  (ECF No. 61.)

On January 24, 2022, plaintiff (himself) filed a motion to vacate and reset the pretrial conference.  (ECF No. 64.)  Plaintiff may only communicate with the court through his counsel.[1]

Accordingly IT IS HEREBY ORDERED that:

1. Plaintiff's motion to vacate and reset the pretrial conference (ECF No. 64) is disregarded;

////

---

[1] On January 18, 2022, the court issued an order, served on plaintiff's counsel, setting the final pretrial conference for November 3, 2022.  (ECF No. 63.)  The January 18, 2022 order directs the parties to submit a joint pretrial statement no later than seven days prior to the final pretrial conference.  (Id.)

1

2. The Clerk of the Court is directed to serve a copy of this order on plaintiff, O.Z. Martin, P-77734, California State Prison-Los Angeles County (4430), P.O. Box 4430, Lancaster, CA, 93539.

Dated: January 31, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart2075.den