IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **O.Z. MARTIN,** | Case No. 2:19-cv-02075-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER REGARDING EXPERT DISCLOSURE DATES** |
| v. | |
| **FOX, et al.,** | |
| Defendants. | |

Deadlines for expert disclosures have not been set in this matter.  In view of the upcoming trial, set for February 6, 2023, before the Honorable Troy L. Nunley, the parties hereby stipulate and agree as follows:

1. The last day for expert disclosures under Federal Rule of Civil Procedure 26(a)(2) is October 4, 2022.

2. The last day for rebuttal expert disclosures is November 1, 2022.

| | | |
|---|---|---|
| 1 | Dated:  September 23, 2022 | |
| 2 | | Francis Gourgon & Gonzalez, LLP |
| 3 | | |
| 4 | | Samuel Francis<br>*Attorneys for Plaintiff*<br>*O.Z. Martin* |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated:  September 28, 2022 | Rob Bonta<br>Attorney General of California<br>Jon S. Allin<br>Supervising Deputy Attorney General |
| 9 | | |
| 10 | | ***/s/ Jeremy Duggan*** |
| 11 | | |
| 12 | | Jeremy Duggan<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Horch, Haile, DiTomas, Petras, Saukhla, and Lewis* |
| 13 | | |
| 14 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 28, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart2075.exp