UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT FOX, et al.,<br><br>    Defendants. | No. 2: 19-cv-2075 TLN KJN P<br><br>ORDER |

    Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial before the Honorable Troy L. Nunley on February 6, 2023. The pretrial conference is set for November 17, 2022, before Judge Nunley. The joint pretrial conference statement is due on or before November 10, 2022. Pursuant to stipulation filed September 29, 2022, the last day for expert witness disclosures was October 4, 2022.

    Pending before the court is plaintiff's motion for a thirty-days extension of time to serve expert witness disclosures, filed October 4, 2022. (ECF No. 69.) Due to the upcoming pretrial conference, defendants are ordered to file an expedited response to plaintiff's pending motion.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall file a statement of non-opposition or opposition to plaintiff's motion for an extension of time to serve expert witness disclosures.

Dated: October 6, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart2075.opp