UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT FOX, et al.,<br><br>    Defendants. | No. 2: 19-cv-2075 TLN KJN P<br><br><br>ORDER |

    The Court received information regarding the serious health condition of plaintiff's counsel, Mr. Francis. For this reason, at his request Mr. Francis is withdrawn from representing plaintiff in this action. The Court will seek to appoint new counsel to represent plaintiff. The Court thanks Mr. Francis for his service to plaintiff and the Court's pro bono program.

    Accordingly, IT IS HEREBY ORDERED that:

1. Samuel Francis is withdrawn from representing plaintiff in this action;
2. This action is referred to the supervisor of the court's pro bono panel, Sujean Park Castelhano, to find an attorney to prepare for and represent plaintiff at trial;
3. The motion for extension of time to serve expert witness disclosures filed by Mr. Francis (ECF No. 69) is vacated;

////

////

1

4. The Clerk of the Court is directed to serve this order on plaintiff O.Z. Martin, P-77734, California State Prison-Los Angeles, P.O. Box 4430, Lancaster, California, 93539.

Dated: October 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart2075.wd