UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT FOX, et al.,<br><br>            Defendants. | No. 2:19-cv-2075-TLN-KJN P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

      Plaintiff is a state prisoner, proceeding without counsel, in a civil rights action brought pursuant to 42 U.S.C. § 1983. The court previously appointed counsel Samuel Francis to represent plaintiff at trial in this action. (ECF No. 61.) After Mr. Francis withdrew from representing plaintiff for health reasons, the court sought to appoint new counsel to represent plaintiff at trial. (ECF No. 72.)

      After a diligent search, the court was unable to find new counsel to represent plaintiff at trial. However, the court was able to find counsel to represent plaintiff at a settlement conference. (ECF No. 72.) Therefore, the court will appoint counsel for the limited purpose of representing plaintiff at a settlement conference. Andrew Peter Rausch Jr. has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Andrew Peter Rausch Jr. is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Andrew Peter Rausch Jr.'s appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The parties are directed to contact Sujean Park within 30 days of the date of this order to arrange scheduling of the settlement conference.

5. The Clerk of the Court is directed to serve a copy of this order upon Andrew Peter Rausch Jr., Law Offices of A. Peter Rausch Jr., P.O. Box 609, Lodi, CA 95241.

Dated: April 20, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart2075.31(b)