IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z Martin,
   Plaintiff(s)
vs.
FOX, et al.,
   Defendant(s)

Case Number: 2:19-cv-02075-TLN-KJN

REQUEST FOR AUTHORITY TO INCUR PRO BONO COSTS

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, A. Peter Rausch, Jr., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on April, 21st, 2023, by the Honorable Kendall J. Newman, United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

Engage a medical expert qualified to review the Declarations filed in connection with the Summary Judgement Motion and the medical records attached thereto in order to help assess the impact of medical opinion testimony proffered by the Defendants and to evaluate the potential for the Plaintiff to obtain medical expert testimony in support of Plaintiff's claims in opposition to the opinions proffered by Defendant's experts. Specifically, this medical review will assist counsel in connection with attempting to guide the Plaintiff through the settlement conference negotiations.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation.  Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 750.00.  I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of August, 20 23, at Lodi, California.

*[signature: A. Peter Rausch, Jr.]*

Attorney for the Plaintiff(s)                                                                 Page 1 of 2

Case Number: 2:19-cv-02075-TLN-KJN

TO BE COMPLETED BY THE COURT

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated: 09/07/2023

Kendall J. Newman, United States Magistrate Judge

United States District/Magistrate Judge