UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, et al.,<br><br>　　　　Defendants. | No. 2: 19-cv-2075 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The pretrial conference set for March 10, 2024, is vacated and reset to Friday March 22, 2024; the pretrial conference shall be conducted on the file only, without appearance by either party;

2. The date for plaintiff to file and serve his pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial is reset to Friday March 1, 2024; the date for defendants to file their pretrial statement is reset to Friday March 15, 2024; and

////

////

////

1

3. The jury trial, set for July 15, 2024, before the Honorable Troy L. Nunley, is confirmed.

Dated: November 2, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mart2075.sch(3)