UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT FOX, ET AL.,<br><br>                    Defendants. | No. 2:19-cv-2075-TLN-CSK<br><br>**ORDER TO SHOW CAUSE** |

On May 6, 2024, the Court issued an Amended Pretrial Order, setting trial in this matter for July 15, 2024. (ECF No. 98.) On June 6, 2024, the magistrate judge issued an Order and Writ of Habeas Corpus for Plaintiff O.Z. Martin ("Plaintiff") to be produced for the July 15th trial.

Nevertheless, five days before trial, the California Department of Corrections and Rehabilitation informed the Court that Plaintiff refused to board the transport vehicle designated to transport Plaintiff from California State Prison-Los Angeles to California State Prison-Sacramento, so that Plaintiff could be timely produced for trial in the instant Court. As a result of Plaintiff's refusal to board the transport vehicle, it seems Plaintiff will not appear for trial on July 15, 2024.

1

Based on the foregoing, the Court hereby VACATES the July 15, 2024 trial date. No later than fourteen (14) days from the electronic filing date of this Order, Plaintiff is ordered to show cause in writing as to why the above-captioned matter should not be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute as a result of Plaintiff's refusal to board the transportation vehicle and subsequent failure to appear at trial. Plaintiff is further cautioned that a failure to comply with this Order may result in sanctions, including dismissal of this case for failure to prosecute.

IT IS SO ORDERED.

Date: July 10, 2024

_____
Troy L. Nunley
United States District Judge