UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>             Plaintiff,<br><br>     v.<br><br>ROBERT FOX, ET AL.,<br><br>             Defendants. | No.  2:19-cv-02075-TLN-CSK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

      On July 10, 2024, the Court vacated the trial date for the above-captioned matter and ordered Plaintiff O.Z. Martin ("Plaintiff"), a state prisoner proceeding *pro se*, to show cause as to why this action should not be dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 41(b) for failure to prosecute as a result of Plaintiff's refusal to board a prison transportation vehicle and his subsequent failure to appear at trial.  (ECF No. 110.)

      On July 29, 2024, Plaintiff filed a response to the Court's Order to Show Cause.  (ECF No. 111.)  Plaintiff's response is dated July 22, 2024.  (*Id.*)  Plaintiff asserts he was too ill to travel to Sacramento to try his case because he suffers from multiple medical ailments, including vertigo, incontinence, aftereffects from a stroke, chronic kidney disease, and "consistent debilitating pain."  (*Id*. at 2.)  Plaintiff indicates traveling to California State Prison ("CSP") Sacramento from CSP Lancaster in Southern California would "inflict further significant pain, injury and/or death upon him, constituting cruel/unusual punishment."  (*Id*. at 3.)  Plaintiff

1

1   concludes by stating he "is medically unfit" to travel to Sacramento and "is incapable of
2   representing himself at trial." (*Id.* at 3–4.)
3       On August 8, 2024, Defendants filed a response. (ECF No. 112.) With the support of a
4   sworn declaration, Defendants argue Plaintiff's claim that he was too ill to travel to Sacramento
5   to try his case are entirely baseless because Plaintiff is not under a medical hold which would
6   prevent Plaintiff from traveling. (*Id.* at 2.) Additionally, Defendants note Plaintiff's statement
7   "makes clear that he does not intend to prosecute this case." (*Id.* at 3.) Accordingly, Defendants
8   request the Court reject Plaintiff's reasons for failing to appear at trial and dismiss this action for
9   failure to prosecute. (*Id.*)
10      To be clear, this case cannot proceed unless Plaintiff is present for trial in Sacramento.
11  The Court agrees with Defendants that Plaintiff has not shown he is *unable* to travel to
12  Sacramento. Rather, Plaintiff's response seems to indicate he is *unwilling* to travel to
13  Sacramento. Therefore, it appears dismissal of this case is the only option. However, because
14  dismissal is a harsh penalty, the Court will give Plaintiff one final opportunity to clearly express
15  whether he wishes to prosecute this action. Unless Plaintiff clearly indicates he is willing to be
16  present in Sacramento for trial, the Court will dismiss this action for failure to prosecute.
17      Accordingly, IT IS HEREBY ORDERED that:
18      1. The Order to Show Cause (ECF No. 110) is DISCHARGED; and
19      2. Not later than twenty-one (21) days from the electronic filing date of this
20         Order, Plaintiff shall file a status report with the Court indicating if he wishes
21         to proceed in this action, which would require that he be present in Sacramento
22         for trial. If Plaintiff refuses to be present in Sacramento for trial, the Court will
23         dismiss this action. Plaintiff is further cautioned that failure to comply with
24         this Order will result in dismissal of this action under Rule 41(b).
25  //
26  //
27  //
28  //

IT IS SO ORDERED.

Date: September 16, 2024

_____
Troy L. Nunley
United States District Judge