UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, ET AL.,<br><br>　　　　　Defendants. | No.  2:19-cv-02075-TLN-CSK<br><br>**ORDER** |

On July 10, 2024, the Court vacated the trial date for the above-captioned matter and ordered Plaintiff O.Z. Martin ("Plaintiff"), a state prisoner proceeding *pro se*, to show cause as to why this action should not be dismissed with prejudice under Federal Rule of Civil Procedure ("Rule") 41(b) for failure to prosecute as a result of Plaintiff's refusal to board a prison transportation vehicle and his subsequent failure to appear at trial. (ECF No. 110.) After hearing from the parties, the Court discharged the order to show cause and gave Plaintiff one final opportunity to indicate whether he wishes to proceed in this action, which would require that he be present in Sacramento for trial. (ECF No. 113.) The Court stated that if Plaintiff refused to be present in Sacramento for trial, the Court would dismiss this action pursuant to Rule 41(b). (*Id.*)

In response to the Court's order, Plaintiff filed a status report reiterating that he is "unable to attend trial and incapable of representing himself at this time." (ECF No. 114 at 2.) Based on Plaintiff's representations, the Court concludes Plaintiff has failed to move this case forward, as

1

the case cannot proceed if Plaintiff refuses to be present for trial.  Therefore, the Court DISMISSES this action with prejudice pursuant to Rule 41(b) for failure to prosecute.  The Clerk of Court is directed to close the case.

      IT IS SO ORDERED.

Date: October 21, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE